Same case below, 17 A.3d 1196.

---

**No. 11-6767. Mark Russell Psick, Petitioner v. United States.**

565 U.S. 1020, 132 S. Ct. 565, 181 L. Ed. 2d 408, 2011 U.S. LEXIS 8003.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 434 Fed. Appx. 646.

---

**No. 11-6772. Thomas Guy Caraway, Petitioner v. United States.**

565 U.S. 1020, 132 S. Ct. 565, 181 L. Ed. 2d 408, 2011 U.S. LEXIS 7948.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 417 Fed. Appx. 828.

---

**No. 11-6777. DeWayne Carter, Petitioner v. United States.**

565 U.S. 1020, 132 S. Ct. 566, 181 L. Ed. 2d 408, 2011 U.S. LEXIS 8001.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

---

**No. 11-6780. Albert Burnett, Petitioner v. United States.**

565 U.S. 1020, 132 S. Ct. 566, 181 L. Ed. 2d 408, 2011 U.S. LEXIS 8074.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 641 F.3d 894.

---

**No. 11-6784. Alvaro Murillo, Petitioner v. United States.**

565 U.S. 1020, 132 S. Ct. 566, 181 L. Ed. 2d 408, 2011 U.S. LEXIS 8040.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 442 Fed. Appx. 277.

---

**No. 11-6789. Juan Luis Ramon-Moreno, Petitioner v. United States.**

565 U.S. 1020, 132 S. Ct. 566, 181 L. Ed. 2d 408, 2011 U.S. LEXIS 8075.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

---

**No. 11-6790. Antonio Sanchez-Jaimes, Petitioner v. United States.**

565 U.S. 1020, 132 S. Ct. 567, 181 L. Ed. 2d 408, 2011 U.S. LEXIS 8038.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 432 Fed. Appx. 348.

---

**No. 11-6791. Antonio Moscol, Petitioner v. United States.**

565 U.S. 1020, 132 S. Ct. 567, 181 L. Ed. 2d 408, 2011 U.S. LEXIS 7974.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.